**The Honorable Benjamin H. Settle**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>STEVEN RITCHARD SCOTT,<br><br>　　Defendant/Judgment Debtor,<br><br>　and<br><br>UNITED RENTALS,<br><br>　　　　Garnishee. | NO.  3:16-MC-05032-BHS<br><br>(3:12-CR-05415-BHS-1)<br><br>**Continuing Garnishee Order** |

　　　A Writ of Continuing Garnishment directed to Garnishee, United Rentals, has been duly issued and served upon the Garnishee.  Pursuant to the Writ, Garnishee United Rentals, filed its Answer on December 23, 2016, stating that at the time of the service of the Writ, Defendant/Judgment Debtor Steven Ritchard Scott was an active employee who was paid bi-weekly.

　　　After notification of the garnishment proceeding was mailed to the parties on or about November 17, 2016, the Defendant/Judgment Debtor has not requested a hearing to determine exempt property as of this date.

//

---

**CONTINUING GARNISHEE ORDER** (*USA v. Steven Ritchard Scott and United Rentals, USDC Nos. 3:16-MC-05032-BHS and 3:12-CR-05415-BHS-1*)  - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

IT IS THEREFORE ORDERED as follows:

That the Garnishee, United Rentals, shall pay to the United States District Court for the District of Montana, the non-exempt earnings payable to Defendant/Judgment Debtor Steven Ritchard Scott, upon each period of time when Defendant/Judgment Debtor Scott is entitled to receive such funds, and shall continue said payments, if any, until Defendant/Judgment Debtor Scott's debt is paid in full or until Defendant/Judgment Debtor is no longer an active employee of Garnishee and the Garnishee no longer has possession, custody or control of any funds due and owing to the Defendant/Judgment Debtor or until further order of this Court.  This includes all monies previously withheld by the Garnishee, in accordance with the Writ of Continuing Garnishment;

That such payments shall be applied to Defendant/Judgment Debtor Scott's outstanding obligation, by the United States District Court for the District of Montana; and

That the payments shall be made out to the United States District Court, District of Montana, referencing Case No. CR-07-134-GF-SHE-01 and CDCS No. 2008A52603, and delivered either personally or by First Class Mail to:

> Clerk of U.S. District Court
> 125 Central Avenue West, Suite 110
> Great Falls, MT  59401

//

//

**CONTINUING GARNISHEE ORDER** (*USA v. Steven Ritchard Scott and United Rentals, USDC Nos. 3:16-MC-05032-BHS and 3:12-CR-05415-BHS-1*) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 24th day of January, 2017.

*[signature]*

BENJAMIN H. SETTLE
United States District Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

---

CONTINUING GARNISHEE ORDER (*USA v. Steven Ritchard Scott and United Rentals, USDC Nos. 3:16-MC-05032-BHS and 3:12-CR-05415-BHS-1*) - 3

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970